UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH A DEL BRACCIO,

       Plaintiff,

    v.

LUMBER LIQUIDATORS, INC.,

       Defendant.

Case No.  15-cv-01249-KAW

**REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.*, 15-cv-01005-JST.

    IT IS SO ORDERED.

Dated: March 19, 2015

                                            _____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California